KARL SCHACK, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ROBERT P. TRIMBLE, DEFENDANT-PETITIONER.

See same case below: 48 *N. J. Super.* 45.

*Messrs. Stout & O'Hagan* for the petitioner.

*Messrs. Anschelewitz & Barr* and *Mr. Bernard A. Kaminsky* for the respondent.

March 10, 1958. Granted.

KATHRINE L. SPIEGELGLASS, PLAINTIFF-RESPONDENT, v. B. LAWRENCE SPIEGELGLASS, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 48 *N. J. Super.* 265.

*Mr. James A. Major* for the petitioners.

*Mr. William V. Breslin* and *Mr. Humbert A. DeBenedictis* for the respondent.

March 10, 1958. Denied.